ORIGINAL

FILED

06 OCT 30 PM 2:42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL INGLIS and SANTA CRUZ POWER SPORTS, INC.<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JOHN MAYNARD, *in personam* and M/V PICOSO, Official Number 1049069, Hull Number CHX35X78G697, a 1997, 34.4 foot long Cabo Yachts motor vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and DOES 1-20,<br><br>　　　　Defendants. | Case 06CV 2387 LAB CAB<br><br>[PROPOSED] ORDER FOR ARREST OF VESSEL UNDER RULE D OF SUPPLEMENTAL ADMIRALTY RULES |

Plaintiffs, MICHAEL INGLIS and SANTA CRUZ POWER SPORTS, INC. ("Plaintiffs"), have applied for an order authorizing the issuance of a warrant for the arrest of the vessel M/V PICOSO, Official Number 1049069, Hull Number CHX35X78G697, a 1997, 34.4 foot long Cabo Yachts motor vessel, and her engines, masts, anchors, cables, chains, rigging, tackle, apparel, furniture and all appurtenances and necessaries thereto appertaining (the "Vessel"), the defendant vessel in this action.

Upon reviewing Plaintiffs' Verified Complaint and supporting papers in accordance with the Supplemental Rules for Admiralty Rule D and C (3), Federal Rules of Civil Procedure, the Court finds that the conditions for an action *in rem* appear to exist, and, therefore,

IT IS HEREBY ORDERED that the Clerk of this Court is authorized to and shall issue a Warrant of Arrest of the Vessel;

IT IS HEREBY FURTHER ORDERED that the Marshal of this District is authorized to and shall serve the warrant of arrest on the Vessel, take her into custody in this District, and keep her in custody until further order of the Court or upon express authorization from Plaintiff's attorney in accordance with the Supplemental Rules for Admiralty Rule E, Federal Rules of Civil Procedure;

//
//
//
//

2

ORDER FOR ARREST OF VESSEL – RULES D & C

1   IT IS HEREBY FURTHER ODERED that any person holding an interest in the vessel
2   arrested hereunder shall, upon application to the Court, be entitled to a prompt hearing
3   upon not less than three (3) days notice to Plaintiff, at which time Plaintiff shall be required
4   to show why the arrest should not be vacated or other relief granted; and

    IT IS HEREBY FURTHER ORDERED that a copy of this Order shall be attached
    to and served with the Warrant of Arrest.

Dated: 10/30/06

UNITED STATES ~~DISTRICT~~ JUDGE
**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

Submitted by:

Mark D. Holmes
McKasson, Klein & Holmes LLP
Attorneys for Plaintiffs
MICHAEL INGLIS and SANTA CRUZ POWER SPORTS, INC.

3

ORDER FOR ARREST OF VESSEL – RULES D & C