1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MICHAEL INGLIS and SANTA CRUZ POWER SPORTS, INC. | Case No. 06CV2387 LAB (CAB) |
| Plaintiffs, | **[PROPOSED]** ORDER ON PLAINTIFFS' EX PARTE APPLICATION FOR ORDER TRANSFERRING TITLE TO VESSEL UPON SALE OF VESSEL AND EXTINGUISHING PURPORTED CLAIM OF LIEN |
| vs. | |
| JOHN MAYNARD, *in personam* and M/V PICOSO,  Official Number 1049069, Hull Number CHX35X78G697, a 1997, 34.4 foot long Cabo Yachts motor vessel, her engines, tackle, furniture, apparel, etc., *in rem*, and DOES 1-20, | |
| Defendants. | |
| AND RELATED COUNTER AND THIRD-PARTYCLAIMS | |

Having reviewed Plaintiffs' Ex Parte Application For Order Transferring Title To The Vessel Upon Sale of The Vessel and Extinguishing Purported Claim Of Lien, having reviewed the moving papers and any response papers that were filed,  and finding good cause therefore,

**IT IS HEREBY ORDERED**:

1.  Title to the vessel M/V PICOSO,  Official Number 1049069, Hull Number CHX35X78G697, a 1997, 34.4 foot long Cabo Yachts motor vessel, her engines,

-1-

tackle, furniture, apparel, etc (the "Vessel") shall be transferred to Eric Strauss pursuant to the terms and conditions of the agreement for purchase and sale of the Vessel, dated August 8, 2007; and Plaintiffs' counsel, Mark D. Holmes, shall be authorized to execute all documents, including but not limited to Bills of Sale and other Coast Guard documentation, as well as take all other action necessary to effectuate the transfer of title in the Vessel to the purchaser of the Vessel, Eric Strauss;

2.  The purported claim of lien filed by Curtis Pitts on April 13, 2007 against the Vessel, but not recorded, that recently appeared in the Abstract of Title for the Vessel is not a maritime lien against the Vessel; and Plaintiffs' counsel, Mark D. Holmes, shall be authorized to execute all documents, including but not limited to a Notice of Extinguishment by Court Order and other Coast Guard documentation, as well as take all other action necessary to remove or extinguish this claim of lien from the Vessel's documentation, including but not limited to its Abstract of Title; in order to provide  clear and unencumbered title to the purchaser of the Vessel, Eric Strauss; and

///
///
///
///
///
///
///
///
///
///
///

-2-

3.  Plaintiffs shall be awarded the reasonable attorney's fees and costs against John Maynard for being compelled to bring the Application, pursuant to Paragraph 23 of the Settlement Agreement between the parties, in the amount of $3200.00.

**IT IS SO ORDERED.**

DATED: August 23, 2007

_____

**CATHY ANN BENCIVENGO**
United States Magistrate Judge

~~Proposed~~ Order Presented By:
Mark D. Holmes
McKASSON KLEIN & HOLMES LLP
Attorneys for: Plaintiffs and Counter-Defendants,
Michael Inglis and Santa Cruz Power Sports, Inc.
and Third-Party Defendant, William P. Downey

-3-

STIPULATION RE SALE OF VESSEL AND ORDER THEREON